In the Matter of ALEXANDER ACKERSON, an Attorney, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted January 5, 1943; decided January 21, 1943.

*Alexander Ackerson*, appellant, in person.

*Einar Chrystie* for respondent.

Order of Appellate Division reversed and the proceeding remitted to the Appellate Division to proceed in accordance with *Matter of Donegan* (282 N. Y. 285). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY AND DESMOND, JJ.